## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Keith B. Wigfall,                                            Civil No. 07-3648 (RHK/JSM)

       Petitioner,                                        **ORDER**

v.

Warden Carol Holinka,

       Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 20, 2007. Although no objections have been filed to that Report and Recommendation, Petitioner has filed a "Suggestion" (Doc. No. 4) with respect thereto.

Based upon the Report and Recommendation of the Magistrate Judge, all of the files, records and proceedings, including Petitioner's "Suggestion," **IT IS ORDERED**:

1. The Court declines to accept Petitioner's "Suggestion" (Doc. No. 4);

2. The Report and Recommendation (Doc. No. 3) is **ADOPTED**; and

3. The Clerk of Court is directed to transfer this action to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. § 1404(a).

Dated: September 17, 2007

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge